IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  No. 4:08CR00139 SWW

ALEJANDRO PADILLA-CUEVAS

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 16, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

A. $7,500 - Seized on April 8, 2008 from the bedroom dresser drawer located in the residence of Alejandro Padilla-Cuevas and Alejandra Ramirez-Lopez (husband and wife) located at 11201 Kanis road, Little Rock, Arkansas.

B. $2,920 - Seized on April 8, 2008 from the top of the bedroom dresser located in the residence of Alejandro Padilla-Cuevas and Alejandra Ramirez-Lopez located at 11201 Kanis Road, Little Rock, Arkansas.

C. $960 - Seized on April 8, 2008 on the person of Alejandro Padilla-Cuevas.

WHEREAS, Defendant Alejandro Padilla-Cuevas states that he is the sole owner of all property listed above.

WHEREAS, the forfeiture against Alejandra Ramirez-Lopez was dismissed.

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on February 2, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property

described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and Title 21 U.S.C. § 853(a).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

- A. $7,500 - Seized on April 8, 2008 from the bedroom dresser drawer located in the residence of Alejandro Padilla-Cuevas and Alejandra Ramirez-Lopez (husband and wife) located at 11201 Kanis road, Little Rock, Arkansas.

- B. $2,920 - Seized on April 8, 2008 from the top of the bedroom dresser located in the residence of Alejandro Padilla-Cuevas and Alejandra Ramirez-Lopez located at 11201 Kanis Road, Little Rock, Arkansas.

- C. $960 - Seized on April 8, 2008 on the person of Alejandro Padilla-Cuevas.

are hereby forfeited to the United States of America pursuant to Title 21, U.S.C.§ 853 and Title 21, U.S.C. § 841(a)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 20th day of April 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE