# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              NO. 4:08CR00139-001

ALEJANDRO PADILLA-CUEVAS

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Nature of Offense listed on the Judgment and Commitment (doc #257) as to the above-named defendant should be amended to reflect *Conspiracy to Distribute and Possess with intent to Distribute more than 500 Grams of Methamphetamine, a Class A Felony*,

IT IS ORDERED that the Judgment and Commitment be amended to reflect ***Conspiracy to Distribute and Possess with intent to Distribute more than 500 Grams of Methamphetamine, a Class A Felony***, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 31st day of August 2009.

/s/Susan Webber Wright
United States District Judge